### STEVEN Z. LEGON
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

Tel. (212) 791-0613 • Cell (917) 803-8281
slegon@aol.com

July 1, 2025

**By E.C.F.**

Hon. Dale E. Ho
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application **GRANTED.** Ms. Gonzalez is permitted to travel to Florida between July 17, 2025, and July 24, 2025. Ms. Gonzalez shall provide Pretrial Services with the travel details and the address she will be staying at. The Clerk of Court is respectfully requested to close ECF No. 44. **SO ORDERED.**
>
> Dated: July 7, 2025
> New York, New York
>
> */s/ Dale E. Ho*
> Dale E. Ho
> United States District Judge

Re: *United States v. Ashley Gonzalez*
Docket No. 25-cr-156 (DEH)

Dear Judge Ho:

This letter motion is submitted on behalf of the defendant, Ashley Gonzalez, to request a temporary modification of Ms. Gonzalez's conditions of pretrial release, to permit her to travel to Florida in order for her to appear in the criminal matter of *State of Florida v. Ashley Marie Gonzalez*, Case No. 24-CF-017960-(RJB) (MJS), in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, on July 21, 2025.

If this application is granted by the Court, Ashley Gonzalez would drive to Florida, leaving on July 17, 2025, and returning by July 24, 2025. Additionally, while in Florida, Ashley Gonzalez would stay at either an Airbnb rental or a motel, and she would carry her cell phone with her at all times, so that she may be at reachable by counsel and/or Pretrial Services during her trip.

A.U.S.A. Diarra Guthrie has been informed of counsel's intention to file this application, and has no objection on behalf of the government. Additionally, counsel has discussed this application with U.S. Probation Officer Caitlin Brennan, who is responsible for monitoring Ashley Gonzalez while she is on pretrial release, and she does not have any objection either.

Thank you for your Honor's attention to this matter, and if there are any questions, of if additional information is required, please contact me at your Honor's convenience.

                                                Respectfully,

                                                *Steven Z. Legon*
                                                Steven Z. Legon

cc:  A.U.S.A. Diarra Guthrie (By E.C.F.)