STEVEN Z. LEGON
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

Tel. (212) 791-0613 • Cell (917) 803-8281
slegon@aol.com

July 29, 2026

Application **GRANTED**. Pretrial Services is directed to modify Ms. Gonzalez's bail conditions by removing the condition of home detention enforced by location monitoring. The Clerk of Court is respectfully directed to close ECF No. 95.
**SO ORDERED.**

Dale E. Ho
United Stated District Judge
Dated: July 29, 2026
New York, New York

**<u>By E.C.F.</u>**

Hon. Dale E. Ho
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Ashley Gonzalez***
**Docket No. 25-cr-156 (DEH)**

Dear Judge Ho:

This letter motion is submitted on behalf of the defendant, Ashley Gonzalez, to request the modification of the conditions of pretrial release, specifically, the removal of home detention enforced by location monitoring, as a condition of Ashley Gonzalez's pretrial release.

This application is submitted by counsel upon the recommendation of United States Probation Officer Alexandra Castillo, who supervises Ashley Gonzalez in the District of Connecticut, where Ashley Gonzalez resides. In support her recommendation, U.S.P.O. Alexandra Castillo has informed counsel, by email correspondence dated July 24, 2026, that "Ms. Gonzalez has complied with all of her conditions of release. She is attending treatment monthly and has rendered all negative drug screens. Ms. Gonzalez is working full-time as a patient care assistant at two agencies and provides verification. Since she has been on location monitoring, there has not been any issues with compliance."

Counsel also reached out to Pretrial Services for the Southern District of New York, to seek its position on this application, and spoke with Supervisory U.S. Pretrial Services Officer Cynthia

Labrovic Diaco, who does not have any objection. Lastly, A.U.S.A. Diarra Guthrie has also been informed of counsel's intention to file this application, and has no objection on behalf of the government.

In light of the foregoing, the defendant, Ashley Gonzalez, requests that the Court grant this application for the removal of home detention enforced by location monitoring, as a condition of her pretrial release.

Thank you for your Honor's attention to this matter, and if there are any questions, of if additional information is required, please contact me at your Honor's convenience.

Respectfully,

Steven Z. Legon

Steven Z. Legon

cc: A.U.S.A. Diarra Guthrie (By E.C.F.)

cc: U.S.P.O. Alexandra Castillo (By Email)

cc: Supervisory U.S. Pretrial Services Officer
Cynthia Labrovic Diaco (By Email)